IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                      CHAPTER 13 NO.:

NORAH A. PORTER                                        21-00685 – JAW

ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK #        ); and the Court orders as follows:

THAT, no response was timely filed.

THAT, the Trustee's Motion to Modify is granted.

THAT, the Debtor's Plan shall be modified to use funds on hand and any accumulating funds for the benefit of unsecured creditors. Said funds shall be paid on a pro rata basis to those unsecured creditors timely filing claims with the Trustee to determine the proper percentage for disbursement.

THAT, the Debtor's Wage Deduction Order shall remain unaltered and be honored until the Debtor has completed payments per the confirmed plan.

THAT, the indebtedness of those creditors, not timely filing proof of claims, shall be paid $0.00, and said indebtedness shall be discharged upon completion of this plan.

##END OF ORDER##

SUBMITTED BY:

JUSTIN B. JONES – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM