United States Bankruptcy Court

Southern District of Mississippi

In re: | Case No. 21-00685-JAW

Norah A Porter | Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

**Recip ID**        **Recipient Name and Address**
db                      +  Norah A Porter, 109 Fleetwood Dr, Vicksburg, MS 39180-2578

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory J Walsh | |
| | on behalf of Creditor Santander Consumer USA Inc. greg@sundmakerfirm.com |
| Harold J. Barkley, Jr. | |
| | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | |
| | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | |
| | on behalf of Debtor Norah A Porter jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | |
| | on behalf of Debtor Norah A Porter trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-3                 User: mssbad                          Page 2 of 2

Date Rcvd: May 12, 2026         Form ID: pdf012                   Total Noticed: 1

United States Trustee

       USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6



SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: May 12, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO.:

NORAH A. PORTER                                      21-00685 – JAW

ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK # 65 ); and the Court orders as follows:

THAT, no response was timely filed.

THAT, the Trustee's Motion to Modify is granted.

THAT, the Debtor's Plan shall be modified to use funds on hand and any accumulating funds for the benefit of unsecured creditors. Said funds shall be paid on a pro rata basis to those unsecured creditors timely filing claims with the Trustee to determine the proper percentage for disbursement.

THAT, the Debtor's Wage Deduction Order shall remain unaltered and be honored until the Debtor has completed payments per the confirmed plan.

THAT, the indebtedness of those creditors, not timely filing proof of claims, shall be paid $0.00, and said indebtedness shall be discharged upon completion of this plan.

##END OF ORDER##

SUBMITTED BY:

JUSTIN B. JONES – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM