# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:    Norah A Porter , Debtor**                    **Case No. 21-00685-JAW**
                                                          **Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Norah A Porter_____      07-06-2026__
         Norah A Porter                                                   Date


         /s/ Thomas C. Rollins, Jr._____      07-06-2026___
         Thomas C. Rollins, Jr., MS Bar No. 103469          Date
         Attorney for the Debtor
         The Rollins Law Firm, PLLC
         P.O. Box 13767
         Jackson, MS 39236
         601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

### CERTIFICATE OF SERVICE

On July 6, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                              /s/ Thomas C. Rollins, Jr._____
                              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

NORAH A PORTER

CASE NO: 21-00685

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 7/6/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/6/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

NORAH A PORTER

CASE NO: 21-00685

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 7/6/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/6/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-00685
SOUTHERN DISTRICT OF MISSISSIPPI
MON JUL 6 12-12-5 PST 2026

INTERCOASTAL FINANCIAL  LLC
CO WEINSTEIN  RILEY  PS
2001 WESTERN AVENUE
SUITE 400
SEATTLE  WA 98121-3132

SANTANDER CONSUMER USA INC
1027 NINTH STREET
NEW ORLEANS  LA 70115-2308

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

ACCEPTANCENOW
5501 HEADQUARTERS DR
PLANO  TX 75024-5837

ANGELIA BRINKLEY
2212 COMMON CIRCLE
VICKSBURG  MS 39180-5846

COMMONWEALTH FINANCIAL
245 MAIN ST
SCRANTON  PA 18519-1641

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS  NV 89193-8873

FAYAMAHA MOTOR FINANC
PO BOX 504125
SAN DIEGO  CA 92150-4125

FEDERICKS CAR  TRUCK EXCHANGE
405 S CHESTNUT ST
TALLULAH LA 71282-4404

FREDERICK AUTO
405 CHESTNUT ST
TALLULAH  LA 71282-4404

GSMR OBO THE US DEPARTMENT OF EDUCATION
CO EDFINANCIAL ON BEHALF OF US DEPT OF
120 N SEVEN OAKS DRIVE
KNOXVILLE  TN 37922-2359

EXCLUDE

GRANITE STATE MANAGEMENT  RESOURCES OBO T
US DEPARTMENT OF EDUCATION
GRANITE STATE MANAGEMENT  RESOURCES
PO BOX 3420
CONCORD NH 03302-3420

HENLEY  LOTTERHOS  HE
PO BOX 389
JACKSON  MS 39205-0389

(D)INTERCOASTAL FINANCIAL  LLC
CO WEINSTEIN  RILEY  PS
2001 WESTERN AVENUE  SUITE 400
SEATTLE  WA 98121-3132

EXCLUDE

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MELISSA KING
CO MSDHS
ATTN CONSTANCE MORROW
PO BOX 352
JACKSON  MS 39205-0352

MSDHS
ATTN CONSTANCE MORROW
PO BOX 352
JACKSON  MS 39205-0352

MIDLAND FUNDING LLC
MIDLAND CREDIT MANAGEMENT  INC AS AGENT
MIDLAND FUNDING  LLC
PO BOX 2011
WARREN  MI 48090-2011

MIDLAND FUNDING  LLC
320 EAST BIG BEAVER
TROY  MI 48083-1238

MISSISSIPPI DEPARTMENT OF HUMAN SERVICES
CONSTANCE L MORROW
PO BOX 352
JACKSON MS 39205-0352

NEW HAMPSHIRE HIGHER E
PO BOX 3420
CONCORD  NH 03302-3420

PINK DOGWOOD 13  LLC
PO BOX 1931
BURLINGAME  CA 94011-1931

PLATINUM CASH
6709 W 19TH ST
STE 338
LEAWOOD  KS 66209

QUANTUM3 GROUP LLC AS AGENT FOR
REEL TIME CAPITAL LLC
PO BOX 788
KIRKLAND  WA  98083-0788

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

EXCLUDE

(D)(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

RESURGENT CAPITAL SERV
15 SOUTH MAIN ST
STE 600
GREENVILLE  SC 29601-2768

RIVER PHYSICIANS GROUP
PO BOX 935194
ATLANTA  GA 31193-5194

SANTANDER CONSUMER USA  INC
1601 ELM ST  SUITE 800
DALLAS TX 75201-7260

SANTANDER CONSUMER USA
PO BOX  961211
FORT WORTH  TX 76161-0211

SECURITY FINANCE
518 SNYDER SR
TALLULAH LA 71282-3831

SHEMEKA CARSON
643 DEMBY LANE
VICKSBURG  MS 39180

SMITH ROUCHON  ASSOC
1456 ELLIS AVE
JACKSON  MS 39204-2204

EXCLUDE

(D)SMITH ROUCHON  ASSOC
1456 ELLIS AVENUE
JACKSON  MS 39204-2204

SYNCHRONY BANK
PO BOX 105972
ATLANTA  GA 30348-5972

(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

TEA OLIVE  LLC
PO BOX 1931
BURLINGAME  CA 94011-1931

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TOWER LOAN OF MISSISSIPPI  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

EXCLUDE

(D)(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VERVENT  INC AS AGENT FOR YAMAHA MOTOR
FINANCE CORPORATION  VERVENT  INC
SUCCESSOR IN INTEREST TO FALS LLC
PO BOX 911007
SAN DIEGO  CA 92191-1007

VICKSBURG HEALTHCARE  LLC
CO DAVID L MENDELSON  ESQ
MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS  TN 38187-0235

EXCLUDE

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON  MS 39296-4476

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

DEBTOR

NORAH A PORTER
109 FLEETWOOD DR
VICKSBURG  MS 39180-2578

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767