United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                               Case No. 21-00685-JAW

Norah A Porter                                                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jul 31, 2026 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Norah A Porter, 109 Fleetwood Dr, Vicksburg, MS 39180-2578 |
| 4994493 | + | Angelia Brinkley, 2212 Common Circle, Vicksburg, MS 39180-5846 |
| 4994496 | + | Fa/yamaha Motor Financ, Po Box 504125, San Diego, CA 92150-4125 |
| 5001187 | + | Federick's Car & Truck Exchange, 405 S Chestnut St, Tallulah LA 71282-4404 |
| 4994497 | + | Frederick Auto, 405 Chestnut St, Tallulah, LA 71282-4404 |
| 4994503 | | Platinum Cash, 6709 W 19th St, Ste 338, Leawood, KS 66209 |
| 4994506 | | River Physicians Group, P.O. Box 935194, Atlanta, GA 31193-5194 |
| 4994509 | | Shemeka Carson, 643 Demby Lane, Vicksburg, MS 39180 |
| 5006924 | + | Vervent, Inc. as agent for Yamaha Motor, Finance Corporation, Vervent, Inc., Successor in Interest to FALS LLC, PO Box 911007, San Diego, CA 92191-1007 |
| 4995302 | | Vicksburg Healthcare, LLC, c/o David L. Mendelson, Esq., MENDELSON LAW FIRM, PO BOX 17235, Memphis, TN 38187-0235 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jul 31 2026 19:51:41 | Santander Consumer USA Inc., 1027 Ninth Street, New Orleans, LA 70115-2308 |
| 4994492 | + | Email/Text: bankruptcy@rentacenter.com | Jul 31 2026 19:57:00 | AcceptanceNOW, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 4994494 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jul 31 2026 19:57:00 | CommonWealth Financial, 245 Main St, Scranton, PA 18519-1641 |
| 4994495 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 31 2026 19:55:09 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5324996 | + | Email/Text: EBN@edfinancial.com | Jul 31 2026 19:57:00 | GSMR o/b/o The U.S. Department of Education, c/o Edfinancial on behalf of US Dept of, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 4999464 | + | Email/Text: EBN@edfinancial.com | Jul 31 2026 19:57:00 | Granite State Management & Resources o/b/o The, U.S. Department of Education, Granite State Management & Resources, PO Box 3420, Concord NH 03302-3420 |
| 4994498 | ^ | MEBN | Jul 31 2026 19:51:51 | Henley, Lotterhos & He, PO Box 389, Jackson, MS 39205-0389 |
| 5000442 | + | Email/Text: bncmail@w-legal.com | Jul 31 2026 19:57:00 | Intercoastal Financial, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 4994499 | | EDI: JEFFERSONCAP.COM | Jul 31 2026 23:55:00 | Jefferson Capital Sys, 16 McLand Rd., Saint Cloud, MN 56303 |
| 5007905 | | EDI: JEFFERSONCAP.COM | Jul 31 2026 23:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5004836 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 19:55:12 | LVNV Funding, LLC, Resurgent Capital Services, |

District/off: 0538-3

Date Rcvd: Jul 31, 2026

User: mssbad

Form ID: 3180W

Page 2 of 3

Total Noticed: 42

PO Box 10587, Greenville, SC 29603-0587

| ID | Type | Time | Address |
|---|---|---|---|
| 4997613 | + Email/Text: constance.morrow@mdhs.ms.gov | Jul 31 2026 19:57:00 | MELISSA KING, C/O MSDHS, ATTN: CONSTANCE MORROW, PO BOX 352, JACKSON, MS 39205-0352 |
| 4994501 | + Email/Text: constance.morrow@mdhs.ms.gov | Jul 31 2026 19:57:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5000731 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 31 2026 19:57:00 | Midland Funding LLC, Midland Credit Management, Inc. as agent, Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4994500 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 31 2026 19:57:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5007705 | + Email/Text: benefit.recovery@mdhs.ms.gov | Jul 31 2026 19:57:00 | Mississippi Department of Human Services, Constance L. Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 4994502 | + Email/Text: EBN@edfinancial.com | Jul 31 2026 19:57:00 | New Hampshire Higher E, PO Box 3420, Concord, NH 03302-3420 |
| 5006491 | ^ MEBN | Jul 31 2026 19:51:48 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5007815 | EDI: Q3G.COM | Jul 31 2026 23:55:00 | Quantum3 Group LLC as agent for, Reel Time Capital LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4994504 | Email/Text: bankruptcy@republicfinance.com | Jul 31 2026 19:57:00 | Republic Finance, 2480 S Frontage, Ste 1, Vicksburg, MS 39180 |
| 4997029 | Email/Text: bankruptcy@republicfinance.com | Jul 31 2026 19:57:00 | Republic Finance, Republic Finance LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 4994505 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 19:55:12 | Resurgent Capital Serv, 15 South Main St, Ste 600, Greenville, SC 29601-2768 |
| 5003544 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 31 2026 19:57:00 | SANTANDER CONSUMER USA, INC., 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 4994507 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 31 2026 19:57:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 4994508 | + Email/Text: Bankruptcy.Noticing@Security-Finance.com | Jul 31 2026 19:57:00 | Security Finance, 518 Snyder Sr, Tallulah, LA 71282-3831 |
| 4994510 | + Email/Text: Tracey@sra-inc.net | Jul 31 2026 19:57:00 | Smith Rouchon & Assoc., 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 4994512 | + EDI: SYNC | Jul 31 2026 23:55:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4994513 | Email/Text: bankruptcycourt@towerloan.com | Jul 31 2026 19:57:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 4996226 | Email/Text: bankruptcynotices@trustmark.com | Jul 31 2026 19:57:00 | TRUSTMARK NATIONAL BANK, PO BOX 522, JACKSON, MS 39205 |
| 4994514 | Email/Text: bankruptcynotices@trustmark.com | Jul 31 2026 19:57:00 | Trustmark National Ban, 248 East Capitol Stree, Jackson, MS 39201 |
| 5123604 | + EDI: LCIFULLSRV | Jul 31 2026 23:55:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5012236 | + Email/Text: bankruptcycourt@towerloan.com | Jul 31 2026 19:57:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0538-3        User: mssbad        Page 3 of 3

Date Rcvd: Jul 31, 2026        Form ID: 3180W        Total Noticed: 42

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Intercoastal Financial, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 4994511 | *+ | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory J Walsh | on behalf of Creditor Santander Consumer USA Inc. greg@sundmakerfirm.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Norah A Porter jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Norah A Porter trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Norah A Porter** | Social Security number or ITIN  **xxx–xx–9428** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **21–00685–JAW**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Norah A Porter**
aka Norah Porter, aka Norah Angelo Porter

Dated: 7/31/26

**By the court:**    /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W    **Chapter 13 Discharge**    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---